NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XEROX CORP.,**
*Appellant*

**v.**

**SNAP INC., FACEBOOK, INC., X CORP.,**
*Appellees*

---

2023-1983, 2023-1985, 2023-1988

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00987, IPR2021-01294, and IPR2021-01458.

-------------------------------------------------

**SNAP INC.,**
*Appellant*

**v.**

**XEROX CORP.,**
*Appellee*

---

2023-2028

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00987.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Upon consideration of Snap Inc.'s unopposed motion to voluntarily dismiss its cross-appeal, Appeal No. 2023-2028, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2023-2028 is dismissed.  The revised official caption for the remaining appeals, Appeal Nos. 2023-1983, 2023-1985, 2023-1988, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2023-2028.

(3) Appellees' response briefs are due no later than February 26, 2024.

FOR THE COURT

January 24, 2024
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-2028 only): January 24, 2024